**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  4-05 CR-00030 JMM |
| | ) | |
| MELISSA ORSINI | ) | |
| | ) | |
| MDH BUILDERS, INC. AND | ) | MOVANTS |
| MICHAEL D. HILL | ) | |

## PROTECTIVE ORDER

The Defendant in this matter has caused to be served subpoenas duces tecum to several witnesses in this action, including Michael Hill, president of MDH Builders, Inc., Kathy McPeak, as custodian of records for MDH Builders, Inc., and Richard Newland and Lloyd Cobb as accounts for MDH Builders, Inc. and Vee McCrory as owner of The Travel Shop.  These witnesses have been ordered by this Court to produce the documents pursuant to the subpoenas, which include documents relating to the finances of Michael Hill and MDH Builders, Inc.

Movants Michael Hill and MDH Builders, Inc. consider the financial statements for Michael Hill and MDH Builders, Inc. "confidential information" and desire to maintain some level of confidentiality with respect to those documents. Therefore, the Defendant and the Movants are ordered as follows:

1. The "confidential documents" consist solely of the financial statements of Michael Hill and MDH Builders, Inc. produced pursuant to the aforementioned subpoenas duces tecum and documents specifically marked confidential by the Movant and agreed to by the Defendant;

2. The confidential documents shall be used by the parties to this action solely for the prosecution or defense of *United States v. Melissa Orsini*;

3. This Order applies only to confidential information furnished by the Movants and their accountants and only to information that is not otherwise available to the public;

4. The Defendant shall not be responsible for breaches of this agreement by the Government or anyone other than the Defendant and Defendant's counsel;

5. The Defendant agrees to make copies of the financial statements only as necessary to provide to the Government or to this Court and agrees not to provide copies or access to copies of the confidential documents to anyone other than the Government and this Court without the express permission of the Movant or this Court;

6. The Defendant agrees to take all reasonable precautions to avoid inadvertent release of the information, including transporting the documents only as necessary to use the documents effectively;

7. All submissions to this Court referencing the confidential documents of Movants shall be filed under seal, but the parties understand that whether the submissions remain under seal is in the discretion of this Court;

8. The Defendant and the Government may enter in evidence, use or otherwise refer to the confidential information in pre-trial conferences or hearings and at trial;

9. This Order applies only to confidential information provided pursuant to the subpoenas duces tecum to Mike Hill, MDH Builders, Inc., Richard Newland and Lloyd Cobb and does not apply to information obtained by the Defendant prior to the

      entry of this Order or to information obtained by the Defendant from third parties after the entry of this Order;

10.    This Order shall survive the termination of this action. Within twenty (20) days of final termination of this case, including any appeal, or as soon as practicable, Defendant must return to Movants all confidential information and copies thereof within the Defendant's possession.

      **IT IS SO ORDERED**, this  23rd  day of March, 2006.

                                                      _/s/ James M. Moody_
                                                      James M. Moody
                                                      United States District Judge